559 F.2d 1204
 95 L.R.R.M. (BNA) 3011, 82 Lab.Cas. P 10,011
 N. L. R. B.
v.
Associated Musicians of Greater New York, Local 802,
American Federation of Musicians, AFL-CIO
 No. 77-4021
 United States Court of Appeals, Second Circuit
 5/25/77
 
 1
 N.L.R.B.
 
 
 2
 ENFORCEMENT GRANTED*
 
 
 
 *
 Oral opinion delivered in open court in the belief that no jurisprudential purpose would be served by a written opinion. An oral opinion or a summary order is not citable as precedent. Local Rule Sec. 0.23